

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-13-00183-CR
### No. 10-13-00184-CR

**ROSHANDA ROSHA CARR,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

_____

### From the 19th District Court
### McLennan County, Texas
### Trial Court Nos. 2009-971-C1 and 2011-347-C1

_____

## MEMORANDUM OPINION

_____

Roshanda Rosha Carr attempts to appeal her convictions for possession of a controlled substance, cocaine, and for aggravated assault. TEX. HEALTH & SAFETY CODE ANN. § 481.115 (West 2010); TEX. PENAL CODE ANN. 22.02 (West 2011). By letter dated June 6, 2013, the Clerk of this Court notified Carr that these appeals were subject to dismissal because the notice of appeal for each underlying conviction appeared untimely. *See* TEX. R. APP. P. 44.3; 26.2(a)(1). The trial court's judgment in case number

2009-971-C1 was signed and entered on January 10, 2011 and the notice of appeal was filed on May 30, 2013. The trial court's judgment in case number 2011-347-C1 was signed and entered on May 31, 2011 and the notice of appeal was filed on May 30, 2013. By the same letter, the Clerk warned Carr that unless a response showing grounds for continuing the appeals was filed within 35 days of the date of the letter, the appeals would be dismissed. Thirty-five days have passed and Carr has not filed a response.

Accordingly, these appeals are dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 12, 2013
Do not publish
[CR25]